**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  JUDY A. MYERS                                             Case Number: 05-73127
PO BOX 911                      SSN-xxx-xx-3749
ROCKFORD, IL  61105

                                                     Case filed on:    6/21/2005
                                                     Plan Confirmed on: 9/30/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $3,050.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | JUDY A. MYERS | 0.00 | 0.00 | 152.19 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 152.19 | 0.00 |
| 001 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS | 3,579.57 | 499.65 | 499.65 | 0.00 |
|  | Total Secured | 3,579.57 | 499.65 | 499.65 | 0.00 |
| 002 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CHECK IT | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | NICOR GAS | 223.95 | 223.95 | 223.95 | 0.00 |
| 007 | ROCKFORD EMPLOYEES CREDIT UNION | 211.75 | 211.75 | 211.75 | 0.00 |
| 008 | ROCKFORD MERCANTILE AGENCY INC | 420.11 | 420.11 | 420.11 | 0.00 |
| 009 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | U.S. CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 855.81 | 855.81 | 855.81 | 0.00 |
|  | Grand Total: | 5,799.38 | 2,719.46 | 2,871.65 | 0.00 |

Total Paid Claimant:     $2,871.65
Trustee Allowance:       $178.35         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  100.00          discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

                                                   /s/ Lydia S. Meyer
                                                  Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan